# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA-JOY GODWIN, a.k.a. Toby Jean Chanel, ) | No. CV 14-2034-JVS(CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| VENTURA COUNTY DISTRICT ATTORNEY, ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed as moot.

DATED:  July 7, 2014

_____
JAMES V. SELNA
United States District Judge